# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 1, 2023

Application **GRANTED.** The parties shall file a joint status letter as described in Individual Rule III.D.3 by **May 5, 2023.** So Ordered.

Dated: May 2, 2023
New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

*VIA ECF*
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, New York 10007

   Re: *D.E.-A. et al. v. N.Y.C. Dep't of Educ., et al.*, 22-cv-10364 (LGS)

Dear Judge Schofield:

 I represent the Plaintiffs in the above-referenced case and write jointly with Defendants pursuant to the Civil Case Management Plan ("CMP") in this case. *See* ECF No.16.

 In 13(a) of the CMP, Your Honor directs the parties to submit a joint status letter, "as outlined in Individual Rule IV.A.2." ECF No. 16. However, there is no Rule IV.A.2 in Your Honor's current Individual Rules and Rule IV.A discusses "Requests for Reasonable Accommodation." The parties therefore respectfully request clarification of what Your Honor requires in today's letter, and accordingly request an extension until May 5, 2023, to submit the letter.

 Thank you for Your Honor's consideration of this request.

           Respectfully Submitted,
           THE LAW OFFICE OF ELISA HYMAN, P.C.

           /s/
      By: _____

           Elisa Hyman, Esq.,
           *Counsel for Plaintiffs*

cc: David Thayer, Esq., *Counsel for Defendants*, via ECF