# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 5, 2023

Application **GRANTED**, nunc pro tunc.  The parties shall file the referenced status letter by **May 9, 2023**.  So Ordered.

*VIA ECF*
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, New York 10007

Dated: May 8, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *D.E.-A. et al. v. N.Y.C. Dep't of Educ., et al.*, 22-cv-10364 (LGS)

Dear Judge Schofield:

    I represent Plaintiffs in the above-referenced action and am writing jointly on behalf of both parties to request an extension of the letter due today concerning Your Honor's Individual Rule III.D.3 as per Your Honor's order dated May 2, 2023 (*see* ECF No. 18).

    Defendants' counsel informed me that he is having a personal emergency and requested that Plaintiffs' counsel request a joint extension of time to submit the letter to the Court until Monday, May 8, 2023.

    Thus, under the circumstances, the parties propose submitting a letter to Your Honor no later than May 8, 2023, indicating whether Defendants will accept the proposed amended complaint or requesting a conference with Your Honor to discuss proposed motions.

    Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

/s/
By: _____

Elisa Hyman, Esq.,
*Counsel for Plaintiffs*

cc: David Thayer, Esq., *Counsel for Defendants*, via ECF