# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 31, 2023

Application **GRANTED**.  The parties shall file the
required joint status letter by **June 2, 2023**.  So Ordered.

*VIA ECF*
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, New York 10007

Dated: June 1, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *D.E.-A. et al. v. N.Y.C. Dep't of Educ., et al.*, 22-cv-10364 (LGS)

Dear Judge Schofield:

I represent Plaintiffs in the above-referenced action. I write to request a two-day extension until June 2, 2023, for the parties to provide a joint status letter which was due today, May 31, 2023. I apologize to the Court for the late request.

The parties are making progress toward an interim as well as a final settlement. I am optimistic that we will have a solution to the upcoming June 30 expiration of the current bank. Further, today, Defendants provided a service accounting requested by my client for her to review relative to evaluating the outstanding offer and making a counteroffer.

Accordingly, the parties need some additional time to discuss the status and make a proposal to the Court.

Thank you for Your Honor's consideration of this request and the extension until June 2, 2023.

Respectfully Submitted,

By: */s/* _____

Elisa Hyman, Esq.,
*Counsel for Plaintiffs*

cc: David Thayer, Esq., *Counsel for Defendants*, via ECF