UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
D.E.-A., et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------X

22 Civ. 10364 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an order issued June 13, 2023, granted the parties' request for a stay of discovery and directed the parties to file a joint status letter by July 14, 2023, and every thirty days thereafter.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that the parties shall file the required status letter as soon as possible and no later than **July 18, 2023**.

Dated: July 17, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE