UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.E.-A, et al.,

                Plaintiffs,

-against-

New York City Department of Education, et al.,

                Defendants.

22-CV-10364 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including Dkt. No. 34, except that the conference scheduled for July 26, 2023 is hereby ADJOURNED. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 24, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge