UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.E.-A, et al.,

                Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

22-CV-10364 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The deadline for the parties to file the joint status letter (originally due January 7, 2024) again elapsed on February 16, 2024. ECF No. 47. The parties are ORDERED to submit the joint status letter no later than **February 26, 2024**.

If the parties have not resolved the case, the Court will refer them to the court-annexed mediation program or to Magistrate Judge Wang for a settlement conference. If the parties continue to disregard Court orders and deadlines, the Court may issue sanctions.

Dated: February 22, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge