UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.E.-A, et al.,

                Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

22-CV-10364 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    The deadline for the parties to file the joint status letter regarding settlement elapsed on April 19, 2024. *See* ECF No. 53. If the parties continue to disregard Court deadlines and orders – as they have done previously, *see* ECF No. 48 – the Court may issue sanctions. The parties must submit the joint letter no later than **April 23, 2024**. The parties are reminded that, if the fees claim is not resolved by that date, the parties must contact Judge Wang's chambers no later than **April 26, 2024** to schedule a settlement conference.

Dated: April 22, 2024
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge