UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.E.-A, et al., <br><br>       Plaintiffs, <br><br>     -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br>       Defendants. | 22-CV-10364 (JGLC) <br><br> **SCHEDULING ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  As discussed at the status conference on June 26, 2024, the deadline for filing any dispositive motions is **August 9, 2024**. Opposition is due **August 23, 2024**. Reply is due **August 30, 2024**. Extensions will not be granted.

Dated: June 27, 2024
   New York, New York

                     SO ORDERED.

                     *Jessica Clarke*
                     JESSICA G. L. CLARKE
                     United States District Judge